ACCEPTED
12-14-00064-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/4/2015 8:21:46 AM
CATHY LUSK
CLERK

# Dean Watts

## Attorney at Law

120 East Pilar Street
Nacogdoches, Texas 75961

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

Board Certified, Criminal Law 5/4/2015 8:21:46 AM
Texas Board of Legal Specialization

CATHY S. LUSK
Clerk

(936) 559-9288
Fax (936) 559-0959

May 1, 2015

Terron Penevrick Mitchell
321 Hasley Street
Nacogdoches, Texas 75961

RE: Court of Appeals Notification

Via Certified Mail #7013 3020 0000 8731 1899

Enclosed please find the Court of Appeals decision in your case. They ruled that your conviction has been affirmed. That means that we lost our appeal.

You have 30 days from the date of either this opinion or the last timely motion for rehearing that was overruled by the 12th Court of Appeals to file a petition for discretionary review with the Court of Criminal Appeals. You can do this yourself or hire an attorney to do it for you. The Court will not appoint me to do this procedure.

Please be advised that any petition for discretionary review must be filed with the Texas Court of Criminal Appeals, and must adhere to the requirements of Texas Rules of Appellate Procedure 68.4. The mailing address for the Court of Criminal Appeals is PO Box 12308, Austin, Texas 78711.

Please contact me if you have any questions regarding this matter.

Best regards,

Dean Watts
Attorney at Law

Enclosure

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 1.12 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.12 |

Sent To: Terron Penevrick Mitchell
Street, Apt. No.; or PO Box No.: 321 Hasley Street
City, State, ZIP+4: Nacogdoches TX 75961

PS Form 3800, August 2006          See Reverse for Instructions